

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00352-CR

**EX PARTE** Otis T. **MCKANE**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1505
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED December 27, 2019.

_____
Beth Watkins, Justice